IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**ANGELA M. HAYES**
 Plaintiff

vs.

**JO ANNE B. BARNHART, as Commissioner, Social Security Administration**
 Defendant

Case Number: 06 CV 7052

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **Gary S. Kelly authorized to accept on behalf of Jo Anne B. Barnhart, as Commissioner, Social Security Administration** (Description: Sex: **M**, Race: **White**, Height: **5'10"**, Weight: **185**lbs., Approximate Age: **54**) on **9/18/2006**, at **01:35 PM**, at 1508 Woodlawn, Baltimore, MD 21235, by leaving with the person a copy of the following:

   Summons, Complaint filed on September 13, 2006, Individual Rules and Procedures - Jundge Shira A. Scheindlin; Individual Practices of Magistrate Judge Michael H. Dolinger; 3rd Amended Instructions for filing and Electronic Case or Appeal; Procedures for Electronic Case Filing - S.D.N.Y; and Guildelines for Electronic Case Filing - S.D.N.Y.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

              J. Matthews Manlich
              **Monumental Process Servers, Inc.**
              221 West Joppa Road
              Towson, MD 21204
              [410] 321-6642

Subscribed and sworn to before me, a Notary Public for the State of Maryland, this 21st day of September, 2006.

              Betty A. Brown
              My Commission Expires: 12/1/07