```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
ANGELA M. HAYES,                   :
                                   :
                Plaintiff,         :
                                   :       06 Civ. 7052 (SAS)
       - against -                 :
                                   :       ORDER
JO ANNE B. BARNHART, as            :
Commissioner of the Social         :
Security Administration,           :
                                   :
                Defendant.         :
- - - - - - - - - - - - - - - - - x
```



**SHIRA A. SCHEINDLIN**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** the parties have reported to this Court a desire and agreement to have plaintiff complete the available administrative remedies that have already been initiated with respect to plaintiff's claim of discriminatory and retaliatory termination; and

   **WHEREAS** the completion of those administrative remedies will provide substantial benefits, including: (i) allowing for an investigation and development of a factual record; (ii) providing the agency the first opportunity to address the possibility or even the perception of discrimination or retaliation in the workplace; (iii) providing an opportunity for mediation and possible resolution; (iv) permitting the agency a chance to discover and correct its own errors; (v) fostering conciliation and voluntary compliance; and (vi) possibly reducing the burden on federal courts; and

     **WHEREAS** the administrative process may not go forward while a district court action regarding the same claim is actively proceeding, see 29 C.F.R. § 1614.107(a)(3); it is

     **ORDERED** that, pursuant to Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, this case shall be transferred to the Suspense Docket; and it is further

     **ORDERED** that the parties shall, upon the conclusion of the administrative process, inform this Court immediately whether the parties wish to proceed with this matter.

DATED:  New York, New York
           January 23, 2007

                                       HONORABLE SHIRA A. SCHEINDLIN
                                       United States District Court Judge

     Copies of the foregoing Order have been mailed on this date to the following:

Daniel L. Alterman, Esq.
Alterman & Boop LLP
35 Worth Street
New York, New York  10013

Sean C. Cenawood, Esq.
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street, 3rd Fl.
New York, New York  10007