UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANGELA M. HAYES,

        Plaintiff,

  - against -

JO ANNE B. BARNHART, as
Commissioner of the United States
Social Security Administration,

        Defendant.
------------------------------------------------------X

06 Civ. 7052 (SAS)

~~STIPULATED~~ ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

**SHIRA A. SCHEINDLIN**
**UNITED STATES DISTRICT COURT JUDGE**

      **Whereas,** pursuant to an Order dated January 23, 2007, this Court transferred the above-captioned district court action to the Suspense Docket to permit the conclusion of a related administrative proceeding before the U.S. Equal Employment Opportunity Commission;

      **Whereas** the administrative process has been completed, although the parties have been unable to resolve this matter;

      **Whereas** the parties have reported to this Court a desire and agreement to resume the federal district court action;

      **Ordered** that, pursuant to Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, this case shall be transferred from the Suspense Docket and restored to the Active Docket of this Court, and it is further

      **Ordered** that the parties shall convene for a scheduling conference regarding discovery before this Court on December 6, 2007 at 4:30 a.m.

Dated: New York, New York
       October 16, 2007

_____
HONORABLE SHIRA A. SCHEINDLIN
United States District Court Judge