# Alterman & Boop LLP

35 Worth Street
New York, New York
10013-2935
212-226-2800
Fax: 212-431-3614

**Daniel L. Alterman**
**Arlene F. Boop**

Daniela E. Nanau
Matthew S. Porges

Writer's e-mail: dalterman@altermanboop.com

November 6, 2007

**BY FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     Angela Hayes v. United States Social Security Administration
                  Index No. 06-CV-7052

Your Honor:

      We represent the plaintiff, Angela Hayes, and write on behalf of the parties regarding the above-referenced action. On October 29, 2007, you issued an Order regarding the discovery conference, which was scheduled for Monday, December 3, 2007 at 4:30 pm. However, a few days before entry of your Order, I spoke with your clerk, Jim Reily, and we tentatively agreed to have the discovery conference scheduled for a different day. Based on that conversation, I scheduled a mediation in another case for December 3rd for the entire day.

      Therefore, I respectfully request that the discovery conference be rescheduled on any day during the following week, which begins on Monday, December 10, 2007. After consultation with Elizabeth Wolstein, Esq., the Assistant U.S. Attorney assigned to this case, counsel for the parties are available any time on December 10, 11 and 14, 2007. We are also available before 12 p.m. on December 12 and 13, 2007. Please advise us if your schedule permits the rescheduling of the discovery conference on any of the above-mentioned dates.

      Thank you for your time and attention to this matter.

**Alterman & Boop LLP**

The Honorable Shira A. Scheindlin
November 6, 2007
Page 2

Respectfully submitted,

ALTERMAN & BOOP LLP

By: /s/ _____
DANIEL L. ALTERMAN

Date: Nov. 6, 2007

*Plaintiff's request is granted. The conference previously scheduled for Dec. 3, 2007, is rescheduled for Dec. 11, at 3:00 p.m.*

SO ORDERED:

/s/ Shira A. Scheindlin
USDJ

cc: Michael J. Garcia
United States Attorney for the Southern District of New York

Attention: Elizabeth Wolstein, Esq. (By Facsimile)
Assistant United States Attorney
Office of the United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007

Attorneys for Defendant