UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
-------------------------------------------------

*Hayes*

v

*S J A*

                                                 X
-------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

*06* Civ. *7052* (SAS)(   )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:        New York, New York
              *Dec 11, 2007*

_____
United States District Judge

*End of March would be best — Thanks*