MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ELIZABETH WOLSTEIN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2743
Facsimile: (212) 637-2702
Email: elizabeth.wolstein@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANGELA M. HAYES,                              :      **ECF CASE**
                                              :
              Plaintiff,                      :
                                              :      06 Civ. 7052 (SAS)
          - v.-                               :
                                              :      NOTICE OF APPEARANCE
JO ANNE B. BARNHART, as Commissioner          :      AND REQUEST FOR
of the United States Social Security          :      <u>ELECTRONIC NOTIFICATION</u>
Administration,                               :
                                              :
              Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

        The undersigned Assistant United States Attorney respectfully requests the Clerk

to note her appearance in this case as counsel for defendant Jo Anne B. Barnhart, Commissioner

of the United States Social Security Administration, and to add her as a Lead Attorney to whom

Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       December 17, 2007

                                     MICHAEL J. GARCIA
                                     United States Attorney for the
                                     Southern District of New York

By:       /s Elizabeth Wolstein
                                       ELIZABETH WOLSTEIN
                                     Assistant United States Attorney
                                     86 Chambers Street
                                     New York, New York 10007
                                     Telephone: (212) 637-2743
                                     Facsimile:  (212) 637-2702
                                     Email: elizabeth.wolstein@usdoj.gov

TO:     Daniel L. Alterman, Esq.
          Alterman & Boop LLP
          35 Worth Street
          New York, NY 10013
          Attorneys for Plaintiff