UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ANGELA M. HAYES,                              :

              Plaintiff,        :        ORDER

    -against-                                :        06 Civ. 7052 (SAS)(MHD)

COMMISSIONER JO ANN BARNHART, SSA   :

              Defendant.        :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **MARCH 25, 2008, at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.  Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       December 20, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Daniel Lawrence Alterman, Esq.
Alterman & Boop LLP
35 Worth Street
New York, NY 10013


Sean Chance Cenawood, Esq.
U.S. Attorney's Office, SDNY (86 Chambers Street)
86 Chambers Street
5th Floor
New York, NY 10007


Elizabeth Wolstein, Esq.
U.S. Attorney's Office, SDNY (86 Chambers Street)
86 Chambers Street
New York, NY 10007