UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| ANGELA M. HAYES, | ECF CASE |
| Plaintiff, | 06 Civ. 7052 (SAS) |
| - against - | NOTICE OF APPEARANCE AND REQUEST FOR <u>ELECTRONIC NOTIFICATION</u> |
| JO ANNE B. BARNHART, as COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

-------------------------------------------------------------X

TO: Clerk of Court
United States District Court
Southern District of New York

    The undersigned respectfully requests that the Clerk note her appearance in this case as counsel for plaintiff Angela Hayes and to add her as an attorney to whom Notices of Electric Filing should be transmitted in this case.

Dated: New York, New York
       January 7, 2008

                                        ALTERMAN & BOOP LLP

                                        By: _____
                                        DANIELA E. NANAU
                                        35 Worth Street
                                        New York, New York 10013
                                        Telephone: (212) 226-2800
                                        Facsimile: (212) 431-3614
                                        E-Mail: <u>dnanau@altermanboop.com</u>

                                        Attorneys for Plaintiff

TO:   OFFICE OF THE UNITED STATES ATTORNEY
      Southern District of New York
      86 Chambers Street, Third Floor
      New York, New York 10007
      Attention:  Elizabeth Wolstein, Assistant U.S. Attorney

      Attorneys for Defendant