UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ANGELA M. HAYES,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, as Commissioner,
Social Security Administration,

        Defendant.
------------------------------------------------------------ x

06 Civ. 7052 (SAS)

**PRIVACY ACT ORDER**

WHEREAS, the parties have commenced discovery in the above-captioned proceeding;

WHEREAS, pursuant to Rule 26 of the Federal Rules of Civil Procedure, defendant is prepared to make disclosures of documents and information that may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a ("Privacy Act"); and

WHEREAS, it appears that the disclosure of such documents and information is in the interests of justice;

IT IS HEREBY ORDERED that

1.     Any objection to the production of such documents and information on the ground that they are protected by the Privacy Act is overruled.

2.     This Order is without prejudice to any other objections the parties may have to producing or using such documents and information.

Dated: New York, New York
       February ___, 2008
       MARCH 7

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

The parties to this action consent to the entry of this Order.

Dated: New York, New York
      February 1, 2008

      ALTERMAN & BOOP LLP
      Attorneys for Plaintiff

By: _____
      DANIEL L. ALTERMAN, ESQ.
      DANIELA E. NANAU, ESQ.
      35 Worth Street
      New York, New York 10013
      Telephone: (212) 226-2800
      Facsimile: (212) 431-3614


Dated: New York, New York
      ~~February~~ March 6, 2008

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York
      Attorney for Defendant

By: _____
      ELIZABETH WOLSTEIN
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Telephone: (212) 637-2743
      Facsimile: (212) 637-2702