UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
: 
ANGELA M. HAYES,
:                     **ORDER OF**
        Plaintiff,                 **DISCONTINUANCE**
:
   -against-                     06 Civ. 7052 (SAS)
:
COMMISSIONER JO ANNE
BARNHART,                      :
       Defendant.
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within forty-five (45) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                             SO ORDERED:

                                             Shira A. Scheindlin
                                             U.S.D.J.

Dated:    New York, New York
            April 21, 2008

- **Appearances** -

**For Plaintiff:**

Daniel L. Alterman, Esq.
Alterman & Boop LLP
35 Worth Street
New York, NY 10013
(212) 226-2800

**For Defendant:**

Elizabeth Wolstein
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
(212) 637-2743